UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DOMINIQUE SNEZANA THOMAS** | **CASE NO. 2:20-CV-00467** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ANDREW SAUL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 17] of the Magistrate Judge, to which neither party has filed an objection, and after an independent review of the record, the court finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation [doc. 17] be **ADOPTED**, that the final decision of the Commissioner be **VACATED** and that appellant Dominique Thomas be awarded disability benefits from January 1, 2017, onward. **IT IS FURTHER ORDERED** that this matter be remanded to the Social Security Commissioner for a determination of the amount of benefits due.

**THUS DONE AND SIGNED** in Chambers on this 9th day of December, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**